United States Bankruptcy Court
For The
Western District of Kentucky

IN RE: )
   ALAN S. HUFF )
   CAROLYN F. HUFF ) Case No:
 )        18-31577-thf
                  Debtor(s) )
_____)

### Order of Confirmation

     A Plan Under Chapter 13 of Title 11 and application for confirmation having been duly filed, creditors having been notified, and it appearing that said plan complies with provisions of Section 1325 of said chapter,

     IT IS HEREBY ORDERED that said plan is confirmed.

     IT IS HEREBY ORDERED that the trustee, William W. Lawrence, collect a payment of $ 600.00 each   month   for a period of  60  months from the debtor(s), and distribute the funds as follows:

     1)  J. Scott Wantland  , attorney for the debtor, is awarded a fee in the amount of $ 3,750.00 to be paid as follows: $ 1,500.00 with the first disbursement to the secured creditors and $ 200.00 per month until paid in full.

     2) Secured creditors shall be paid before priority creditors, who shall be paid before unsecured creditors. Monthly payments to secured creditors will be determined on a pro-rata basis by the trustee, unless otherwise indicated below. The following secured and /or priority claims are hereby allowed:

| Creditor | Secured | Unsecured |
|---|---|---|
| #1  Capital One Auto Finance, a division of Capital One P.O. Box 4360 Houston, TX 77210 | $15,131.12 (4.5% interest) An Adequate Protection payment of $150.00 a month paid with attorney fees. | .00 |
| #4  PARK COMMUNITY CREDIT UNION 2515 Blankenbaker Parkway Louisville, KY 40299 | To surrender. | |
| #5  Commwealth CU Attn: Bankruptcy Po Box 978 Frankfort, KY 40602 | To surrender. | |
| #6  Internal Revenue Service Post Office Box 7346 Philadelphia, PA 19101 | $2,076.36  -  PRIORITY $20.67  -  UNSECURED | |

60 months / 50%

18-31577-thf

    3) Payment will be made on pro-rata basis to unsecured creditors, whose claims are filed and allowed, until such claims are paid at the proposed percentage. The plan is presently proposed at  50%  ; however, the percentage for any plan less than 100% may increase upon the filing of the schedule of allowed claims.

    IT IS FURTHER ORDERED that the debtor(s) attorney examine unsecured claims and file a schedule of allowed claims by no later than   August 27, 2018  . The schedule will reflect the percentage increase should the unsecured claims filed and allowed require an increase in the percentage paid to unsecured creditors. All objections to unsecured claims filed but not allowed must be filed prior to the same date.

    IT IS FURTHER ORDERED that any debtor(s) paying less than 100% to unsecured creditors submit copies of federal and state income tax returns, execute an assignment of federal and state income tax refunds to the Chapter 13 trustee, and submit a current income and expense statement annually, before May 15 of each year of the plan, pursuant to the local rules.

    IT IS FURTHER ORDERED that the debtor(s) be restrained from disposing of any property, in any manner whatsoever, without prior approval of this Court, and to promptly report to this Court any destruction of said property.

    IT IS FURTHER ORDERED that the debtor(s) be restrained from incurring any new indebtedness or financial obligations without permission of this Court, except for hospital, medical or dental expenses.

    IT IS FURTHER ORDERED that, if any governmental entity has filed a proof of claim showing unfiled tax returns, the debtors(s) shall file or otherwise satisfy the filing requirements relating to the unfiled returns within 90 days from the date of entry of this order.

    IT IS FURTHER ORDERED that, except as provided for in the Debtors' plan, no creditor holding a debt subject to discharge under Section 1328(a) shall be entitled to any late charges, interest, penalties, additional attorney's fees or fees of any kind or nature without further Order of this Court.  No creditor holding a debt subject to discharge under Section 1328(a) shall be allowed after the Debtors' discharge to add any late charges, interest, penalties, additional attorney's fees or fees of any kind or nature arising after the entry of the Order for Relief and before the Debtors' Discharge except as provided for in the Debtors' plan or by Order of this Court.

    IT IS FURTHER ORDERED that, the debtor(s) plan payments <u>shall</u> commence within thirty (30) days of filing the <u>petition</u>. The attorney for the debtor(s) shall fully escrow <u>all</u> pre-confirmation plan payments as required by Local Rule 13.4 and 11USC 1326.  If the attorney for the debtor(s) fails to turnover all pre-confirmation money to the Trustee within ten (10) days of confirmation, the Trustee is directed to file a motion to dismiss this Chapter 13, and the Court shall then enter an order dismissing this case immediately.

    In the event of any unauthorized default in payments by the debtor(s), the trustee is directed to promptly report such default to this Court and upon the filing of such report, this Court shall set a hearing for show cause as to why the debtor(s) petition should not be dismissed. This Confirmation Order constitutes a finding that all requirements of Section 521(a)(1)(B) and 521(e)(2)(A)(i) have been met.

    A copy of this order is sent to the debtor(s); to the attorney for the debtor(s); to the trustee, William W. Lawrence; and to all creditors.

*Thomas H. Fulton*
Thomas H. Fulton
United States Bankruptcy Judge

Dated:  July 26, 2018

PREPARED BY THE OFFICE OF
WILLIAM W. LAWRENCE, TRUSTEE     awl    7/252018

```
                              United States Bankruptcy Court
                               Western District of Kentucky
In re:                                                                  Case No. 18-31577-thf
Alan S. Huff                                                            Chapter 13
Carolyn F. Huff
        Debtors
                                     CERTIFICATE OF NOTICE
District/off: 0644-3          User: aallen                 Page 1 of 2                  Date Rcvd: Jul 26, 2018
                              Form ID: pdf400              Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2018.
db/jdb         +Alan S. Huff,    Carolyn F. Huff,    106 Flintstone Court,    Shepherdsville, KY 40165-6171
aty            +Christopher M. Hill,    PO Box 817,   Frankfort, KY 40602-0817
aty            +J. Scott Wantland,    Post Office Box 515,    319 South Buckman Street,
                 Shepherdsville, KY 40165-6060
tr             +William W. Lawrence -13,    310 Republic Plaza,    200 S. Seventh Street,
                 Louisville, KY 40202-2751
cr             +Commonwealth Credit Union Inc.,    PO Box 978,   Frankfort, KY 40602-0978
6310348        +Commwealth CU,    Attn: Bankruptcy,    Po Box 978,    Frankfort, KY 40602-0978
6310350        +Fortivamc/mabtc/atls,    5 Concourse Pkwy,   Atlanta, GA 30328-5350
6310351         Frazier Rehab Institute OP,    PO Box 645077,   Pittsburgh, PA 15264-5077
6310353         Jewish Hospital Med Center South,    PO Box 645074,    Pittsburgh, PA 15264-5074
6310355         KentuckyOne Health Medical Group,    PO Box 3475,    Toledo, OH 43607-0475
6310354         Kentuckyone Health Medical Group,    PO Box 645245,    Pittsburgh, PA 15264-5245
6317949        +PARK COMMUNITY CREDIT UNION,    2515 Blankenbaker Parkway,    Louisville,KY 40299-2465
6310357        +Park Community Credit,    2515 Blankenbaker Pkwy,    Louisville, KY 40299-2465
6310358         PayPal Credit,    PO Box 105658,   Atlanta, GA 30348-5658
6310359         Sts. Mary & Elizabeth Hospital,    Post Office Box 645080,    Pittsburgh, PA 15264-5080
6310361        +VNA Health at Home,    PO Box 636207,   Cincinnati, OH 45263-6207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 26 2018 19:19:14
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2018 19:19:44     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
6310346        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 26 2018 19:18:40      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
6310347        +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 26 2018 19:19:18
                 Capital One Auto Finance,    Attn: Bankruptcy,   Po Box 30285,    Salt Lake City, UT 84130-0285
6311720        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 26 2018 19:19:14
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,   Houston, TX 77210-4360
6312817         E-mail/Text: mrdiscen@discover.com Jul 26 2018 19:20:20      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
6310349        +E-mail/Text: mrdiscen@discover.com Jul 26 2018 19:20:20      Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
6310352         E-mail/Text: cio.bncmail@irs.gov Jul 26 2018 19:20:32     Internal Revenue Service,
                 Post Office Box 7346,    Philadelphia, PA 19101-7346
6342906         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 26 2018 19:31:13
                 LVNV Funding, LLC its successors and assigns as,    assignee of CONSUMER LOAN UNDERLYING,
                 BOND (CLUB) GRANTOR TRUST,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
6310356        +E-mail/Text: bk@lendingclub.com Jul 26 2018 19:21:26     Lending Club Corp,   71 Stevenson St,
                 Suite 300,   San Francisco, CA 94105-2985
6310599        +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2018 19:18:37     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
6310360        +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2018 19:18:37     Synchrony Bank/Walmart,
                 Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                          Signature:  /s/Joseph Speetjens

```
District/off: 0644-3          User: aallen            Page 2 of 2            Date Rcvd: Jul 26, 2018
                              Form ID: pdf400         Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:
              Charles R. Merrill    ustpregion08.lo.ecf@usdoj.gov
              Christopher M. Hill    on behalf of Creditor    Commonwealth Credit Union Inc. chrish@hillslaw.com,
               tinariggs@hillslaw.com
              J. Scott Wantland    on behalf of Joint Debtor Carolyn F. Huff ECFmail@aol.com
              J. Scott Wantland    on behalf of Debtor Alan S. Huff ECFmail@aol.com
              William W. Lawrence -13    ECF@louchapter13.com,  ecf.bk.westky@gmail.com
                                                                                            TOTAL: 5
```